No. 78–309.   TOUCHE ROSS & CO. *v.* REDINGTON, TRUSTEE, ET AL.   C. A. 2d Cir.   Motion of American Institute of Certified Public Accountants for leave to file a brief as *amicus curiae* and certiorari granted.

No. 78–5066.   DUNAWAY *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–1765.   NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. *v.* JONES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 77–1848.   SPRAYREGEN *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 77–1860.   RANKIN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 77–1861.   OGDEN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 77–6768.   MAYES *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 77–6819.   ROCHON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 78–128.   KRANCO, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.

No. 78–159.   CARSELLO *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 78–178.   MAULDING ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.